**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **PRISCILLA WADE, individually** | * | **CIVIL ACTION** |
| **and on behalf of her minor** | * | **NO. 17802** |
| **children, M.W.** | * | |
| **and M.W.** | * | |
| | * | **JUDGE JAMES** |
| **VERSUS** | * | |
| | * | |
| **JUAN MUNOZ and GEICO** | * | **MAGISTRATE JUDGE HAYES** |
| **GENERAL INSURANCE COMPANY** | * | |

**************************************************************************************************

### PLAINTIFF'S SECOND SUPPLEMENTAL, AMENDED AND RESTATED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes petitioner, PRISCILLA WADE, individually and on behalf of her minor children, M.W. and M.W., a resident of the full age of majority and domiciled in Ouachita Parish, State of Louisiana, who respectfully wishes to file this Second Supplemental, Amended and Restated Complaint, which amends and supplements her original Complaint, which was mistakenly styled as a "Petition for Damages," and Plaintiff's First Supplemental, Amended and Restated Complaint in the following particulars:

I.

Plaintiff alleges all of the allegations and conditions as stated in her original Complaint and First Supplemental, Amended and Restated Complaint, with the following modifications adopted by reference, with the same force and effect as if herein set forth at length.

II.

By adding another paragraph to be number 23 as follows:

"Upon information and belief, defendant, GEICO General Insurance Company is a

corporation whose domicile and state of incorporation is Maryland.   Further, upon information and belief, plaintiff alleges that GEICO General Insurance Company's principle place of business is 5620 Western Avenue, Chevy Chase, Maryland 20815.

**WHEREFORE**, the premises considered, petitioner prays that there be judgment entered herein in her favor, in an amount reasonable in the premises, after all delays are had, and that said judgment in her favor be rendered against **JUAN MUNOZ and GEICO GENERAL INSURANCE COMPANY**, individually, jointly, and/or in solido for all injuries, and compensatory damages in accordance with law, sustained by petitioner, **PRISCILLA WADE, individually and on behalf of her minor children, M.W. and M.W.**, as a result of the subject motor vehicular crash, for all cost(s) of court, for judicial interest from the date of judicial demand until paid, for all expert witness fees, and for all other full, general, and equitable relief as this Honorable Court may be fit to grant, with petitioner further re-iterating, re-alleging and re-asserting all allegations of the original Complaint, which was mistakenly styled as a "Petition for Damages," and Plaintiff's First Supplemental, Amended and Restated Complain on file herein as is amended, supplemented, and restated by this document.

Respectfully Submitted:

**THE LAW FIRM OF EDDIE CLARK
& ASSOCIATES, L.L.C.**
1001 Century Blvd.
Monroe, Louisiana 71202
Phone: (318) 361-9697
Fax: (318) 361-9889


BY: s/Eddie M. Clark
      Eddie M. Clark (Bar Roll No. 29551)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Second Supplemental, Amended and Restated Complaint has been served upon all counsel of record by electronic mail on this 30th day of August, 2017.

s/Eddie M. Clark
Eddie M. Clark