# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **PRISCILLA WADE, individually and on behalf of her minor children, MA.W and MI.W** | * | **CIVIL ACTION NO. 17-0802** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **JUAN MUNOZ AND GEICO GENERAL INSURANCE COMPANY** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motions to dismiss [Doc. Nos. 8 & 10] filed by Defendants Juan Munoz and GEICO General Insurance Company are GRANTED IN PART and DENIED IN PART. To the extent that Defendants move for dismissal, the motions are DENIED. To the extent that Defendants alternatively move for a transfer of this matter, the motions are GRANTED, and this case is hereby TRANSFERRED to the United States District Court for the Middle District of Florida, Tampa Division.

MONROE, LOUISIANA, this 31st day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE